JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Teofilio S. Bascos, | Case No. **CV 11-3968-JFW (JCx)** |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Federal Home Loan Mortgage Corp.; Saxon Mortgage Services, Inc.; Taylor, Bean & Whitaker Mortgage Corp.; Mortgage Electronic Registration Systems, Inc.; MTC Financial Inc. dba Trustee Corps; Hill View Homes, Inc., | |
| Defendants. | |

The Court, having dismissed Plaintiff Teofilio S. Bascos's First Amended Complaint with prejudice as to all defendants for the reasons set forth in the Court's Minute Order dated July 22, 2011,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1. Plaintiff Teofilio S. Bascos shall recover nothing from any of the named defendants;

2.   Defendants Federal Home Loan Mortgage Corp., Saxon Mortgage Services, Inc., Taylor, Bean & Whitaker Mortgage Corp., Mortgage Electronic Registration Systems, Inc., MTC Financial Inc. dba Trustee Corps, and Hill View Homes, Inc. shall have judgment in their favor on Plaintiff Teofilio S. Bascos's entire action; and

     3.   Defendants shall recover from Plaintiff their costs of suit in the sum of $_____.

     The Clerk is ordered to enter this Judgment.


Dated: July 22, 2011                 _____
                                          JOHN F. WALTER
                                     UNITED STATES DISTRICT JUDGE